**RUTHERFORD CONTROLS INT'L CORP., a Canadian Corporation and Rutherford Controls Int'l Corp, a Virginia Corporation, Plaintiffs–Appellants,**

v.

**VANGUARD SECURITY ENGINEERING CORP., LTD., Defendant,**

and

**Security Door Controls, Inc., Defendant–Appellee.**

v.

**Vanguard Security Engineering Corp., LTD., Defendant,**

and

**Security Door Controls, Inc., Defendant–Appellant.**

**Nos. 2010–1113, 2010–1114.**

United States Court of Appeals, Federal Circuit.

April 1, 2010.

ON MOTION

*ORDER*

Security Door Controls, Inc. moves without opposition to voluntarily dismiss its appeal, 2010–1114.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal 2010–1114 is dismissed.

(2) Each side shall bear its own costs related to 2010–1114.

(3) The revised official caption in 2010–1113 is reflected above.